1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POM WONDERFUL LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MEYER VALLEY FARMS LLC, a California limited liability company dba PERFECTPOMS, and DOES 1-10,<br>　　　　　Defendants. | Case No.  LACV11-04039 JAK (MRWx)<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF CASE**<br><br>Complaint filed:    May 11, 2011 |

{054325.1}

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL

1  Based on Plaintiff POM WONDERFUL LLC and Defendant MEYER
2  VALLEY FARMS LLC dba PERFECTPOM's (collectively "the Parties")
3  Stipulation for Dismissal, it hereby ordered that:
4      1.    Pursuant to a confidential settlement agreement entered into by the
5  Parties, all claims and causes of action are dismissed with prejudice, with each party
6  bearing its own fees and costs.
7  **IT IS SO ORDERED.**

8
9  DATED: September 16, 2011    By: _____
                                              Honorable John A. Kronstadt
10                                               United States District Court Judge